Form 1-1

**UNITED STATES COURT OF INTERNATIONAL TRADE**                    FORM 1

| DSM Food Specialties USA, Inc. |
| **Plaintiff,** |
| v. |
| UNITED STATES, |
| **Defendant.** |

05-00043

**SUMMONS**

TO:   The Attorney General and the Secretary of Homeland Security

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(a) to contest denial of the protest specified below (and the protests listed in the attached schedule)

/s/ Leo M. Gordon
Clerk of the Court

### PROTEST

| Port of Entry | Newark, New Jersey | Date Protest Filed | 8/11/01; reconstructed protest filed 10/4/01 |
|---|---|---|---|
| Protest Number | 1001-01-103634 | Date Protest Denied | July 23, 2004 |
| Importer | DSM Food Specialties USA, Inc. | | |
| Category of Merchandise | Natural beta-carotene in 30% oil suspension form | | |

### ENTRIES INVOLVED IN ABOVE PROTEST

| Entry Number | Date of Entry | Date of Liquidation | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| 608-01 41 497 | 5/24/2000 | 5/18/2001 | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Port Director,
U.S. Customs & Border Protection
1100 Raymond Boulevard
Newark, NJ  07102

Mark N. Bravin
Morgan, Lewis & Bockius LLP
1111 Penn. Ave. N.W.
Washington, DC  20004

Tel: (202) 739-3000

Address of Customs Port in
Which Protest was Denied

Name, Address and Telephone Number
of Plaintiff's Attorney

## CONTESTED ADMINISTRATIVE DECISION

| Appraised Value of Merchandise | | |
|---|---|---|
| | Statutory Basis | Statement of Value |
| Appraised | | |
| Protest Claim | | |

| Classification, Rate or Amount | | | | | |
|---|---|---|---|---|---|
| | Assessed | | Protest Claim | | |
| Merchandise | Paragraph or Item Number | Rate | Paragraph or Item Number | Rate | |
| CaroCare in 30% oil suspension form | HTSUS SUBHEADING 2106.90.9998 | 6.4% | HTSUS SUBHEADING 2936.90.0000 | 0% | |

**Other**

State Specifically the Decision [as Described in 19 U S C § 1514(a)] and the Protest Claim

The issue which was common to all such denied protests

Every denied protest included in this civil action was filed by the same above-named importer, or by an authorized person in the importer's behalf. The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest. The issue or issues stated above were common to all such denied protests. All such protests were filed and denied as prescribed by law. All liquidated duties, charges or exactions have been paid, and were paid at the port of entry unless otherwise shown

_____
Signature of Plaintiff's Attorney

January 14, 2004
Date

## SCHEDULE OF PROTESTS

Port of Entry

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| | | | | | |

Port Director of Customs.

If the port of entry shown above is different from the port of entry shown on the first page of the summons, the address of the Port Director for such different port of entry must be given in the space provided

(As amended Sept 30, 2003. eff Jan 1, 2004 )

RECEIVED & FILED

2005 JAN 21 P 12 32

IN ACCORDANCE WITH THE PROVISION
OF RULE 5(e). THIS PAPER IS DEEMED
FILED AS OF THE DATE OF MAILING-
TO WIT  1/14/05