UNITED STATES COURT OF INTERNATIONAL TRADE

|  |  |  |
|---|---|---|
| DSM Food Specialties USA, Inc., | ) ) ) ) | |
| Plaintiff, | ) ) | Court No. 05-00043 |
| v. | ) ) | |
| United States, | ) ) ) | |
| Defendant. | ) ) | |

## NOTICE OF DISMISSAL

**PLEASE TAKE NOTICE**, that plaintiff, DSM Food Specialties USA, Inc., through its undersigned attorneys and pursuant to USCIT R. 41(a)(1)(A)(i), hereby dismisses this action.

Respectfully submitted,

GRUNFELD, DESIDERIO, LEBOWITZ
SILVERMAN & KLESTADT LLP
*Attorneys for Plaintiff*
707 Wilshire Blvd, STE 4150

Dated: May 17, 2023     Los Angeles, CA 90017
        Los Angeles, CA     Tel. (213) 624-1970
                               ESmithwiess@gdlsk.com

By:    /s/ Erik D. Smithweiss
         Erik D. Smithweiss

## ORDER OF DISMISSAL

This action, having been voluntarily noticed for dismissal by plaintiff, is hereby dismissed.

Clerk, United States Court of International Trade

Dated:                                        By: _____